UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:

DEBRA STANISLAWSKI           Case No. 12-36752

    Debtor

---

MICHAEL P. MAXWELL

    PLAINTIFF

vs.                                    Adv. Proc. No. 13-02152

DEBRA STANISLAWSKI

    DEFENDANT

---

### NOTICE OF MOTION TO WITHDRAW

PLEASE TAKE NOTICE that on or about June 4, 2013, Attorney Jeffrey L. Hahn filed the attached Motion to Withdraw. **YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on this motion, then within **Fourteen (14) days** of the date of this notice, you or your attorney must file with the court a written request for a hearing and a written response (answer) explaining your position to:

    Clerk of Bankruptcy Court
    Eastern District of Wisconsin
    517 East Wisconsin Ave.
    Milwaukee, WI 53202

If you mail your request or response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the deadline stated above.

You must also mail a copy to:

Debra Stanislawski
66174 Deerpath Rd.
Lake Geneva, WI 53147

Attorney Michael Dubis
208 E. Main Street
Waterford, WI 53185

Jeffrey L. Hahn
Attorney At Law
125 North Second Street
P.O. Box 897
Delavan, WI 53115

Attorney Michelle Cramer
517 E. Wisconsin Street, Suite 430
Milwaukee, WI 53202

Dated: __6/3__, 2013

_____
Jeffrey L. Hahn
(SBN: 1041220)
125 North Second Street
P.O. Box 897
Delavan, WI 53115
(262) 728-2800

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE:

DEBRA STANISLAWSKI                     Case No. 12-36752

    Debtor

---

MICHAEL P. MAXWELL

    PLAINTIFF

vs.                                    Adv. Proc. No. 13-02152

DEBRA STANISLAWSKI

    DEFENDANT

---

### MOTION TO WITHDRAW

---

NOW COMES Debtor's counsel, Jeffrey L. Hahn, and makes the following motion to withdraw as counsel of record in this matter.

In support of this motion, counsel points to the attached Affidavit outlining the factors and justification for his withdrawal.

Dated: __6/4__, 2013

    HAHN LAW OFFICE
    Attorney for Debtor/Defendant

    _____
    Jeffrey L. Hahn
    (SBN: 1041220)
    125 North Second Street
    P.O. Box 897
    Delavan, WI 53115
    (262) 728-2800

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:

DEBRA STANISLAWSKI  Case No. 12-36752

Debtor

MICHAEL P. MAXWELL

PLAINTIFF

vs.  Adv. Proc. No. 13-02152

DEBRA STANISLAWSKI

DEFENDANT  Chapter 7

**AFFIDAVIT**

STATE OF WISCONSIN )
 )ss.
COUNTY OF WALWORTH )

The Affiant, Jeffrey L. Hahn, after being duly sworn, swears and states unto the court as follows:

1) I am the attorney for the above-cited Debtor/Defendant.

2) I was recently advised by Trustee's attorney, Michael Dubis, that he believes Debtor's counsel is likely a witness in this pending adversary proceeding.

3) Counsel has had an opportunity to discuss this matter with Attorney Dubis and counsel agrees that it is likely he will be a witness for either the Trustee or for the Debtor.

4) That being the case, it is my understanding that the Rules of Professional Ethics prohibits me being a witness and a party attorney.

5) Therefore, I believe the law requires me to withdraw and allow the Debtor/Defendant to seek alternative counsel.

6) This Affidavit does not exhaust my knowledge of the facts and circumstances of this matter.

Dated: 6/4, 2013

*[signature]*
Jeffrey L. Hahn (SBN: 1041220)
Attorney At Law
125 North Second Street
P.O. Box 897
Delavan, WI 53115
(262) 728-2800

Subscribed and Sworn
to before me on 6-4-13
*Stephanie Gallegos*
Notary Public, State of WI
My Commission expires: 2/22/15